EDWARD STOKES, as Administrator, etc., of GEORGE STOKES, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs.

No opinion. Lazansky, P. J., Young and Hagarty, JJ., concur; Kapper and Carswell, JJ., dissent.